UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:02-CR-185-PMP-PAL |
| Plaintiff, ) | |
| vs. ) | |
| BRYAN MARK JOHNSON ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#17), sentencing held on October 9, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $30,802.00

**Total Amount of Restitution ordered:** $30,802.00

Dated this _25_ day of October 2018.

_____
UNITED STATES DISTRICT JUDGE